RECEIVED
FEB 2 4 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
*WESTERN DISTRICT OF LOUISIANA*
ALEXANDRIA DIVISION

| | |
|---|---|
| MIKATO FULKS, Petitioner | CIVIL ACTION NO. 1:16-CV-1404-P |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| TIM BROOKS, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Fulks's § 2241 petition is hereby DENIED and DISMISSED with prejudice.

Additionally, the Court notes the copy of the report and recommendation mailed to Mr. Fulks's last known address was returned to the Clerk of Court on January 23, 2017, marked "return to sender." Thirty days have passed since January 23, 2017, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24 day of February, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT